# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

144705 & (90)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MIDWEST MEMORIAL GROUP, LLC, et al,
      Plaintiffs-Appellees,

v

CITIGROUP GLOBAL MARKETS, INC.,
d/b/a SMITH BARNEY,
      Defendant-Appellant,

and

MARK SINGER, KIMBERLY SINGER,
MKS FAMILY, LLC, CLAYTON SMART,
COMMUNITY TRUST AND INVESTMENT,
INTERNATIONAL FUND SERVICES IRELAND
LIMITED, PLANTE & MORAN PLLC, PETER
JENSEN, and CURRIE KENDALL PLLC,
      Defendants.
_____/

SC: 144705
COA: 301883
Ingham CC: 10-000025-CR

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

p0416